# MEMORANDUM DECISIONS

**1**

BERNET, CRAFT & KAUFFMAN MILL-ING CO., Appellant, v. PUSSY WILLOW COMPANY, Inc., Appellee. (Court of Appeals of the District of Columbia. Submitted November 14, 1924. Decided December 1, 1924.) No. 1685. Paul Bakewell, of St. Louis, Mo., and H. A. Coombs, of Washington, D. C., for appellant. H. V. Briesen and Louis Alexander, both of New York City, for appellee.

PER CURIAM. This appeal is from the decision of the Commissioner of Patents in a trade-mark opposition, refusing registration to appellant company of a trade-mark for self-rising wheat flour. The mark consists of the words "Pussy Willow," accompanied by some sprays of pussy willow. The opposition is based entirely upon the use of opposer's corporate name, the registration of which is prohibited by section 5 of the Trade-Mark Act of 1905. The decision of the Commissioner is affirmed on the authority of Asbestone Co. v. Philip Carey Mfg. Co., 41 App. D. C. 507.

**2**

Frank H. BOGDA, Appellant, v. John B. OLSON, Appellee. (Court of Appeals of District of Columbia. Submitted November 13, 1924. Decided January 5, 1925.) No. 1681. A. L. Morsell, of Milwaukee, Wis., for appellant. L. C. Wheeler, of Milwaukee, Wis., and A. V. Cushman and J. J. Darby, both of Washington, D. C., for appellee. Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. Appeal from concurrent decisions of the Patent Office tribunals in an interference proceeding involving an invention covering drinking fountains for stock. The opinion of the Examiner of Interferences contains a full and very careful discussion of every phase of the evidence. The Examiners in Chief likewise have thoroughly and satisfactorily considered this evidence, as has the Assistant Commissioner. We have examined the record, in the light of the briefs, oral arguments, and decisions of the Patent Office, and, being convinced of the correctness of the conclusion reached, and that further discussion is unnecessary, affirm the decision appealed from.

**3**

John F. BRENNAN, Appellant, v. Charles C. STEEL and Thomas H. Lynn, Appellees. John F. BRENNAN, Appellant, v. Charles C. STEEL and Thomas H. Lynn, Appellees. (Court of Appeals of District of Columbia. Submitted November 14, 1924. Decided January 5, 1925.) Nos. 1688, 1689. Melville Church, C. L. Sturtevant, E. G. Mason and Herbert H. Porter, all of Washington, D. C., for appellant. J. H. Milans and C. T. Milans, both of Washington, D. C., for appellees. Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. These are appeals from decisions of the First Assistant Commissioner of Patents, affirming decisions of the Board of Examiners in Chief, awarding priority to Steel and Lynn. The invention relates to a tire carrier for automobiles and a design of that carrier. The evidence in these cases has been very fully reviewed by the Patent Office tribunals, and, having considered it in the light of the briefs and oral argument, we have concluded that Steel and Lynn are entitled to the award of priority. For the reasons fully set forth in the opinion of the Assistant Commisisoner and of the Board, we affirm the decision in each case. Affirmed.

**4**

Alexander E. KEITH, John Erickson, and Charles J. Erickson, Appellants, v. Edmund LAND, Appellee. (Court of Appeals of the District of Columbia. Submitted November 13, 1924. Decided December 1, 1924.) No. 1679. C. C. Bulkley, W. A. Scott, and C. M. Candy, all of Chicago, Ill., and C. D. Davis, of Washington, D. C., for appellants. G. A. Yanochowski, of Chicago, Ill., for appellee.

PER CURIAM. This appeal is from the decision of the Commissioner of Patents, awarding priority of invention to appellee, Land. The decision is based upon a motion by appellee for judgment, on the ground that appellants, having delayed four years after the grant of the patent in issue to Land before presenting the claims and seeking an interference, are guilty of laches, and therefore estopped from claiming the invention. In the absence of any satisfactory reason for delay, the decision of the Commissioner of Patents is affirmed, on the authority of Chapman v. Wintroath, 252 U. S. 126, 40 S. Ct. 234, 64 L. Ed. 491; In re Fritts, 45 App. D. C. 211; Webster Electric Co. v. Splitdorf Electrical Co., 264 U. S. 463, 44 S. Ct. 342, 68 L. Ed. 792.

**5**

James R. ROSE, Appellant, v. Roy H. BROWNLEE and Roy H. Uhlinger, Appellees. (Court of Appeals of the District of Columbia. Submitted November 14, 1924. Decided December 1, 1924.) No. 1684. J. B. Hall, of Cleveland, Ohio, for appellant. C. M. Clarke, of Pittsburgh, Pa., for appellees.

PER CURIAM. By the concurring decisions of the three tribunals of the Patent Office, appellees were awarded priority of invention over appellant Rose. The invention consists of heating gas to be used with oxygen in metal cutting and welding. Appellant is the junior party by over three years. This point, however, is of little importance, since the case turns upon the question of originality of invention. Only issues of fact are involved, and from an examination of the record we find no reason to disturb the findings of the various tribunals of the Patent Office. The decision of the Commissioner of Patents is affirmed.